4. Do R.C. 2305.10(C) and (F) violate the open courts provision of Article I, Section 16, of the Ohio Constitution?

5. Do R.C. 2305.10(C) and (F) violate the takings clause, Article I, Section 19, of the Ohio Constitution?

6. Do R.C. 2305.10(C) and (F) violate the due process and remedies clause, Article I, Section 16, of the Ohio Constitution?

7. Do R.C. 2305.10(C) and (F) violate the equal protection clause, Article I, Section 2, of the Ohio Constitution?

8. Do R.C. 2305.10(C) and (F) violate the ban on retroactive laws, Article II, Section 28 of the Ohio Constitution?

9. Does Senate Bill 80 violate the one-subject rule, Article II, Section 15, of the Ohio Constitution?

**2006–2019. State v. Ayers.**
Erie App. No. E–05–079, 2006-Ohio-5108. On emergency motion for stay of court of appeals' judgment. Motion denied.

**2006–2043. Taylor Bldg. Corp. of Am. v. Benfield.**
Clermont App. No. CA2005–09–083, 2006-Ohio-4428. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Entry filed October 23, 2006:

"Should an appellate court apply a de novo or abuse of discretion standard of review when reviewing a trial court's decision granting or denying a motion to compel arbitration where it is alleged that the arbitration clause is unconscionable?"

PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

The conflict cases are *Small v. HCF of Perrysburg, Inc.*, 159 Ohio App.3d 66, 2004-Ohio-5757, *Sikes v. Ganley Pontiac Honda, Inc., et al.*, Cuyahoga App. No. 82889, 2004-Ohio-155, *Harper v. J.D. Byrider of Canton*, 148 Ohio App.3d 122, 2002-Ohio-2657, and *Cronin v. California Fitness*, Franklin App. No. 04AP-1121, 2005-Ohio-3273.

Sua sponte, cause consolidated with 2006–1890, *Taylor Bldg. Corp. of Am. v. Benfield*, Clermont App. No. CA2005–09–083, 2006-Ohio-4428.

**2006–2051. State v. Weese.**
Huron App. No. H–05–003, 2005-Ohio-3996. On motion for leave to file delayed appeal. Motion denied.

**2006–2058. State v. Bumphus.**
Erie App. No. E–05–054, 2006-Ohio-3869. On motion for leave to file delayed appeal. Motion denied.
O'DONNELL, J., dissents.

**2006–2061. State v. Love.**
Lucas App. No. L–05–1087, 2006-Ohio-2925. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–2115. State v. Williams.**
Summit App. No. 22710, 2006-Ohio-1031. On motion for leave to file delayed appeal. Motion denied.

**2006–2116. State v. Daniel.**
Franklin App. Nos. 05AP–564 and 05AP–683, 2006-Ohio-4627. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne*, Franklin App. No. 05AP–517, 2006-Ohio-2552; cause consolidated with 2006–1898, *State v. Daniel*, Franklin App. Nos. 05AP–564 and 05AP–683, 2006-Ohio-4627; and briefing schedule stayed.
PFEIFER, J., dissents.

**2006–2118. State v. Hamilton.**
Hocking App. No. 05CA4, 2005-Ohio-5450. On motion for leave to file delayed appeal. Motion denied.

**2006–2120. State v. Parrish.**
Montgomery App. No. 21206, 2006-Ohio-4161. On motion for leave to file delayed appeal. Motion